# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** 11/6/2019

| MAGISTRATE JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| **Christine A. Nowak** | **COURTROOM DEPUTY:** K. Lee |
| USA v. Ben Westin (2), Frank Dockery (4), William Grant Allbrook (5), George Wagner III (8) | 4:19CR264 SDJ/KPJ |

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Jay Combs, AUSA | John Wilson for 2, Gregg Gibbs for 4, Rafael De La Garza (standing in for James Whalen) and Stephen Miller for 5, Christie Merchant for 8 |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: DETENTION HEARING |
|---|---|
| 11:32 a.m. | Case called. Government persists in request to detain defendants. Defendants ready to proceed. Parties have reviewed pretrial services reports and have no objections. Parties agree this is a presumption case and defense counsel have discussed presumption with their clients. |
| 11:37 a.m. | Government calls witness - David Roach. Witness sworn. Direct examination by Mr. Combs. |
| 12:34 p.m. | Cross examination of witness by Mr. Wilson. |
| 12:35 p.m. | Cross examination of witness by Mr. Gibbs. |
| 12:38 p.m. | Cross examination of witness by Mr. De La Garza. |
| 12:43 p.m. | Cross examination of witness by Ms. Merchant. |
| 12:51 p.m. | Court addresses witness. |
| 12:55 p.m. | Government witness steps down. |
| 12:56 p.m. | Mr. Gibbs calls witness - Jamie Michelle Dockery. Witness sworn. Direct examination by Mr. Gibbs. |
| 1:02 p.m. | Cross examination of witness by Mr. Combs. |

| TIME: | MINUTES:   DETENTION HEARING |
|---|---|
| 1:04 p.m. | Witness steps down. Mr. Gibbs calls next witness - Frank B. Dockery. Witness sworn. Direct examination by Mr. Gibbs. |
| 1:10 p.m. | Witness steps down. Mr. De La Garza proffers information contained in Pretrial Services Report and information related to potential third party custodian. |
| 1:11 p.m. | Ms. Merchant calls witness - George Wagner, Jr. Witness sworn. Ms. Merchant proffers Wagner Exhibit 1. Direct examination of witness by Ms. Merchant. Ms. Merchant proffers Wagner Exhibit 2. Direct examination of witness continues. |
| 1:20 p.m. | Cross examination of witness by Mr. Combs. |
| 1:22 p.m. | Witness steps down. Ms. Merchant proffers testimony of additional witnesses. |
| 1:24 p.m. | Court hears arguments by parties. |
| 1:41 p.m. | Court finds that presumption has not been rebutted and that each defendant shall be detained. |
| 1:42 p.m. | Defendants remanded to custody. |

DAVID O'TOOLE, CLERK

BY:     <u>Karen Lee</u>
        Courtroom Deputy Clerk