

# Fw: George Wallace Wagner III

**Rueben Shumake** <ruebenshumake@yahoo.com>  
To: Christie Merchant <christie@merchlaw.com>

Wed, Nov 6, 2019 at 6:44 AM

----- Forwarded Message -----  
From: charlie flanigen <charlieflanigen@yahoo.com>  
To: "ruebenshumake@yahoo.com" <ruebenshumake@yahoo.com>  
Sent: Wednesday, November 6, 2019, 06:34:22 AM CST  
Subject: George Wallace Wagner III

Employment Verification and Character Reference

1. People say do not hire friends or family. That has not been the case since I hired Trey two and half years ago. Trey has been a great employee and leader to the crews that he has worked with. He is one that I can depend on without me having to oversee or micromanage. There is never a task that he cannot handle, he is a professional to all my clients and have had nothing but compliments about him from our customers.
2. On a personal basis Trey and I have been friends for 10years. He has been a great mentor to my son, the two of them have become very close and Trey was a key influencer of my son joining the Marines, sharing stories from his youth and steering him on the right path, so he wouldn't make the mistakes we did when we were his age.

Semper Fi  
   Charles F. Flanigen II

Sent from my iPhone



DEFENDANT'S EXHIBIT  
1  
Wagner

Rueben Shumake

737 717 2178

ruebenshumake@yahoo.com

To Courts,

  I'm sending this in regards to George Wagner, as a reference of character. I have known George since 2001. He is the God Father of my two children. I have full faith that if given an opportunity of bond, George will comply with all stipulations of the release. George has a very strong support system of family and friends who will also help him through this process.

  George is a good person. He has helped me many times in my life when I needed it. He has done this for so many others. He is a very responsible individual as well. I ask you to give him the opportunity to resolve these charges from home. It is my belief that he will do as required by your courts.

Sincerely,

Rueben Shumake

November 6, 2019



# George Wagner - character reference

**Montoya, Criselda** <Criselda.Montoya@wyn.com>  Wed, Nov 6, 2019 at 2:50 AM
To: "christie@merchlaw.com" <christie@merchlaw.com>

Hi, due to time constraints please accept the below letter as my character reference for George Wagner. If I can provide anything further please let me know, I am always available and I would like to help in any way I can.

To whom it may concern,

I have known George Wagner III (who I know as Trey) since May of 2006. We met when I lived in Dallas and I began dating one of his very close friends, Jay Rodney Reese Jr. I met George the day after I met Jay; Jay invited George to meet us for lunch…that's how close they were, Jay invited him to join us on our very first lunch and from that point on George remained a fixture in our relationship.

George was part of our core group of friends with whom we socialized on a weekly basis and kept in almost daily contact with throughout the week. Jay and I moved to Pagosa Springs, Colorado in early 2013. George visited us in Colorado every year in the winter, joining some of the other gentleman that are very close to Jay for snowboard trips when the snow was falling. These gentleman would stay in our home during these visits, these gentleman are more than friends to us they are family. So close to us in fact, that George spent Thanksgiving with Jay and I in Colorado one year, joining my parents and brother to celebrate the holiday in our home.

George has been a close friend through the peaks and valleys of life for 13 years; during those 13 years George has been a respectful, kind and genuine man; a man of strong character that I trust in my home, around my family, around my coworkers and even at my place of employment. George has met and interacted with my coworkers and with associates that work under me. My professional reputation is a priority and George is a man that I have not hesitated to have around those in my personal as well as my professional life.

I will close with this…George is a man of his word; he has consistently demonstrated that over the last 13 years, throughout which I have not had one negative interaction with George. He is a positive, humorous, selfless man that I have never seen (or heard of) involved in anything negative, illegal or immoral.

Sincerely,

~ Criselda

**Criselda Jay Montoya**
Director of Marketing - Kauai

**Wyndham Destinations**
4970 Pepelani Loop
Princeville, HI 96722

Office: (808) 826-2818

Cell: (469) 442-8789

Criselda.Montoya@wyn.com

This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information, or may otherwise be protected by work product or other legal rules. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unless otherwise indicated in the body of this email, nothing in this communication is intended to operate as an electronic signature and this transmission cannot be used to form, document, or authenticate a contract. Wyndham Destinations, Inc., and/or its affiliates may monitor all incoming and outgoing email communications, including the content of emails and attachments, for security, legal compliance, training, quality assurance and other purposes. The sender believes that this email and any attachments were free of any virus, worm, Trojan horse, malicious code and/or other contaminants when sent. Email transmissions cannot be guaranteed to be secure or error-free, so this message and its attachments could have been infected, corrupted or made incomplete during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for any viruses or other defects that may arise, and for taking remedial action relating to such viruses and other defects. Neither Wyndham Destinations, Inc., nor any of its affiliated entities is liable for any loss or damage arising in any way from, or for errors or omissions in the contents of, this message or its attachments.

Caitlyn Winters
2713 Farmland Dr. Plano, Tx 75093
(214)-926-0098
Caitlynwinters04@gmail.com

Your Honor,

My name is Caitlyn Winters, I am 20 years old and have known George for 13 going on 14 years. When I first met him I never knew that he would be one of the most important male figures in my life today.

I moved away from my biological father at a young age and only saw him on weekends. George stepped into the important role as a father when I needed him the most. He was there for my major part of life where I am changing style and learning about the world in a more serious way. He would take me to school, pick me up from school and took me to extracurricular activities anytime I needed it. He came to majority of my choir events, volleyball games and tournaments. He taught me Self-defense, how to be a strong woman and gave me real life advice on issues I had.

One thing I know and many people know about George is that he never wanted children. He liked children just never wanted any of his own to have on a daily basis but he put himself in my life as a father figure without anyone asking him too. Even after him and my mother split up nothing changed in his feelings for me, I was/am still "his daughter". He protects me as his own and supports me as his own. I know for a fact if I needed anything I could call him and he would drop whatever he is doing and be there in a heartbeat.

The bond I have with George is unlike any other step daughter and step father situation. I trust him to always protect me and be there for me. If it was not for him I would not be the strong woman I am today. I would have a completely different outlook on the world around me. I would not know how to stand up for myself or defend myself in situations.

I hope you will take into consideration his honesty and loyalty to his family when deciding the punishment for Mr. George.


Sincerely,
Caitlyn Winters



Christie Merchant <christie@merchlaw.com>

# (no subject)

**Toby Blaine** <blaines0957@yahoo.com>  Tue, Nov 5, 2019 at 9:13 PM
To: christie@merchlaw.com

Character witness for George Wagner "uncle Trey" I would trust him with my 2 little girls. Trey has the the heart of golf to a fault maybe too good of a heart.
He's my family through my husband I lost 1/2/18 in a car wreck and I was diagnosed with cancer in March 2018. One constant in my life and my girls life is Trey. Trey is a great big soul a great guy
I love him my girls love him. He's my look after. He's here to look out for me and my girls; his late best friends wife.
I hope this shows Trey is a great loving guy

Sent from my iPhone



Christie Merchant <christie@merchlaw.com>

# George Wagner Character Reference

**Nathan Wynn** <nwynn@musclegenresearch.com>  Tue, Nov 5, 2019 at 9:01 PM
To: "christie@merchlaw.com" <christie@merchlaw.com>

I am writing this letter today as a testament to the character of George Wagner III. I have known George for several decades and most of my informative life. As a friend and extended family member I have know George throughout his life through trials and tribulations, highs and lows and every stage in between. I have seen him make and face mistakes and momentary lapses in judgement with remorse and most importantly, accountability. George is honest, compassionate and one of the most trustworthy people I have ever met. Through loss of friends and family he has been the type of man that set his own emotions aside to look after the emotional stability of my very own children. I am forever indebted to his selflessness ensuring that my family healed through tragedies that as a father I wasn't able to bear alone while suffering the same losses. There is nothing in the world that he wouldn't sacrifice for the well-being of a person in need. I understand in writing this letter that there are extenuating circumstances challenging his character. I plead for the court to view George in the light that he has earned and deserved despite the allegations that are contrary to supporting the true character I know him to uphold. Thank you in advance for hearing my testimony, before you is a truly exceptional man.

--
In Health,

Nathan Wynn
Vice President, Partner
Musclegen Research
(972)904-9521
nwynn@musclegenresearch.com
www.musclegen.net



Jennifer Lambert
2713 Farmland Dr.
Plano, TX 75093
Jen_lambert80@yahoo.com


RE: George William Wagner III

Your Honorable Judge,

      My name is Jennifer Lambert and I have known George Wagner for 13 years.  We were in a serious relationship for almost 8 years and was engaged for a portion of that time.  We lived in the same home for approx.. 7 of the 8 years.

George has been such an important part of both mine and my daughters life.  Although he is not my daughters biological father he always took on that role and even after we split he has continued to love her as his own.  George was my rock and best friend during our time together.  I accredit him for a huge part of my success.  He made sure I was able to complete my college degree.  He helped me by creating our family and taking care of my daughter while I was taking classes.  We worked as a team.  He would pick her up from school, make sure she had dinner when I had a late class and always made sure she did her home work.   He went to most all of her school events, between choir, plays, Volleyball and anything else she decided to participate in.  I remember one time when Caitlyn was in 4th or 5th grade he came home to her crying.  When he asked her what was wrong, in her most dramatic littler girl cry, she said we lost of member of the family that day.  He looked at me with great concern and I just smirked.  She was referring to a small stuffed animal that she referred to as "Bobby Jack".  She proceeded to tell him that she was pretty sure that she lost him at school that day, possibly on the play ground.  We lived a few blocks from the school so he looked and her and said "Well lets go up to the school and look for him".  They walked to the school about 6 or 7 that evening in order to walk around the playground to look for her stuffed little animal. I tell you this story because THAT is the MAN we know and love.  A man that cares greatly for his family and friends.  Even now to this day, even us not together, I know that if I need him that all I have to do his call and he would be there for me.  I could go on about so many things we have been thru together and how many times I have seen him do good in this world.  I truly to this day tell everyone that I wouldn't be where I am today without his love and support.  Also, that my daughter benefited so much from him being a part of her life.  He helped shape her into the most sweet but strong young lady.

I am doing everything I can to be at his detention hearing on Wednesday but due to the demands of my Job, I may not be able to attend.  I run the entire financial department of a Media Agency in Dallas and currently we have a huge meeting that we are preparing for on Monday.  Please know that I support him because I know him better than most and he is a good man.  He has a tremendous amount of support between family and friends.

I appreciate you taking the time to read my letter and hope you take into consideration when you are making your decision.

Sincerely,
Jennifer Lambert



# Fw: Character Reference George Wagner

**Jennifer Lambert** <jen_lambert80@yahoo.com>  Wed, Nov 6, 2019 at 7:38 AM
To: "Christie@merchlaw.com" <christie@merchlaw.com>

----- Forwarded Message -----
From: Brandi Clifton <brandiclifton1@hotmail.com>
To: jen_lambert80@yahoo.com <jen_lambert80@yahoo.com>
Sent: Tuesday, November 5, 2019, 10:19:32 PM CST
Subject: Character Reference

Brandi Clifton

1112 Ridgeview Dr

Marietta, OK 73448


11/5/2019


Re: George Wagner III


To the Honorable Judge


I have know George "Trey" Wagner III as a family member and friend for 11 yrs. I was troubled and very surprised to hear about his recent case. He has always been an upstanding citizen and solid person. I'm happy to write this letter for a character reference in hopes you will show some lenience for him.

    George has always been a great person. Always held down a stable job and made sure his bills were paid. I spent quite a bit of time with him while my cousin was in a serious relationship with him. He helped raise her young daughter and took very good care of her. He became like her father. Taking care of her while her mom was in college, making her meals, helping with homework, taking her to and from school functions and extra curriculars. He was at every single sporting event for her. Took her on vacations. Always making sure she never went without anything from a home, food, clothes or anything she ever wanted. Was at nearly all volleyballs games she played even after he was separated from her mother. He came to family gatherings often and was always thought of as family. He attended my wedding and even had a part in it as well. After he separated from my cousin Jennifer. He still made sure she had a place to stay within her daughters school district so she would not have to move and has made sure her daughter is taken care of even to this day.

    After we adopted my daughter "Cici" he absolutely adored her and would always welcome her on their outings and my daughter adored him as well. She would constantly ask to go to their house to see them and he never said no.

He never minded us coming over and visiting anytime we wanted.

    It is my sincerest hope that the court will take this letter into consideration when making a decision in Georges case. I still believe George to be an upstanding citizen and valuable human being that will emerge a better human after this case.

    Thank you for your time

    Sincerely,


    Brandi Clifton


Sent from Mail for Windows 10

Wendy Blaine
9206 N. 98th East Court
Owasso, OK 74055

November 5, 2019

Re: George Wagner, III

Your Honorable Judge,

My name is Wendy Leigh Blaine. I am 46 years old, a wife of 25 years, and mother of a 16 and 13 year old daughters. The purpose of this letter is to provide a character reference for George Wagner, III, whom I have known as a co-worker and a friend for more than 13 years. I consider him family, more like a brother I guess than just a friend.

I first met George when he went to work for my husband's family business, Computer Cables of Dallas, back in 2006. At work I've only known him to be dependable, responsible, honest and dedicated to whatever job he was working.

As a friend, over the years I consider him to be one of the only people I can trust or count on to do what they say or be there when they say they are going to be there. I remember several years back now, George had been dating a girl who had a young daughter. I remember one Friday all the guys trying to get him to go out to a happy hour one of our customers was hosting, but George had told Caitlyn he would be at her school choir recital that evening and he wasn't going to let her down. It was more important to him to be a man of his word to her, than to go out with the guys for drinks.

I am aware of the gravity of the crime he is being charged with, but I feel very strongly that whatever the circumstances are that surround him and led him to where we are today, George Wagner, III, would never do anything knowing that would ever harm anyone or anything. He is a good person who genuinely cares for the well being of others, whether he knows them or not.

Please know I would have been in court today on George's behalf if there was any way I could have made it there in time from Oklahoma. Regardless of the outcome, please also know that myself and my family will all be here to support him and help him get thru this situation in every possible way we can.

Thank you for your time and consideration. My phone number is 720.587.5563, please call if you have any questions or I can do anything to assist George in this matter.

Sincerely,

Wendy Blaine