# EQUIFAX

## George Wagner

As of:                                    11/06/2019

Report Confirmation #:            9810505175

**Save Your Credit Report**
View your Equifax credit report below. Note, you will not have access to your credit report after closing your HomeView so please don't forget to save the file or print it while you're here.

**⊙ DOWNLOAD REPORT**

1   Report Summary

2   Revolving Accounts

3   Mortgage Accounts

4   Installment Accounts

5   Other Accounts

6   Consumer Statements

7   Personal Information

8   Inquiries

---

# Free Annual Credit Report

**FACT: A credit score isn't included on your credit report**
Check your VantageScore credit score.
Choose an option below

GOOD    VERY GOOD    EXCELLENT

FAIR

650   715   747

599

300     850

## 763

## EXCELLENT

NOV 06, 2019

The VantageScore provided under the offer described here uses a proprietary credit scoring model designed by VantageScore Solutions, LLC. There are numerous other credit scores and models in the marketplace including different VantageScores. Please keep in mind third parties are likely to use a different credit score when evaluating your creditworthiness. Also, third parties will take into consideration items other than your credit score or information found in your credit file, such as your income.

DEFENDANT'S
EXHIBIT
2
Wagner