**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | NO. 4:19CR264 |
| | § | Judge Jordan |
| GEORGE WAGNER, III | § | |

**ORDER REVOKING DETENTION ORDER**

On this day, the Court considered Defendant George Wagner's Motion to Revoke the Detention Order entered by Magistrate Judge Christine Novak. After considering said Motion, the Court holds that it should be **GRANTED**.

It is therefore **ORDERED** that Defendant be **RELEASED** pending trial and that one of the following individuals be designated as his third party custodian:

(1) Jennifer Lambert at 2713 Farmland Drive, Plano, TX 75093;

(2) Vivian at 063 Gaston Parkway, Dallas, TX 75214; or

(3) Mary Ryals at 3121 Bulestem Drive, Garland, TX 75044.